**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

RANDY HIXON,

    Plaintiff,

v.                                                                Case No. 3:15-cv-903-J-32PDB

JIMCO MAINTENANCE, INC.,

    Defendant.

## O R D E R

The Court has been advised that this FLSA case has been settled (Doc. 5). Accordingly, it is now

**ORDERED:**

1. The parties have filed the terms of their proposed settlement (Doc. 7), and the matter is hereby REFERRED to the assigned United States Magistrate Judge for the preparation of a Report and Recommendation as to whether the parties' proposed settlement is a "fair and reasonable resolution of a bona fide dispute" over FLSA issues. See Lynn's Food Stores, Inc. v. United States Dep't. of Labor, 679 F.2d 1350, 1355 (11th Cir. 1982).

2. The case will not be automatically deemed to be dismissed without prejudice, to the extent the Court's November 2, 2015 Order (Doc. 6) indicated as much.

3. All other deadlines are vacated and the Clerk shall administratively close the file pending any further Order.

2

**DONE AND ORDERED** in Jacksonville, Florida this 24th day of November, 2015.

TIMOTHY J. CORRIGAN
United States District Judge

sj
Copies:

Honorable Patricia D. Barksdale
United States Magistrate Judge

Counsel of record